*SUPPRESSED*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALFRED MONTGOMERY, )<br>)<br>Defendant. ) | 4:25CR448 CMS/JMB |

**FILED**
AUG 27 2025
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

## INDICTMENT

### GENERAL ALLEGATIONS

The Grand Jury charges that:

At all times pertinent to this Indictment:

1. The City of St. Louis, Missouri is a governmental entity pursuant to the laws of the State of Missouri which is located in the Eastern District of Missouri;

2. Among other functions, the City of St. Louis operates the St. Louis City Justice Center (hereinafter referred to as "CJC") which houses pre-trial detainees and sentenced misdemeanor inmates;

3. The St. Louis City Sheriff's Office (hereinafter referred to as "SLSO") is a governmental department within the governmental entity of the City of St. Louis;

4. Among other functions, the SLSO is responsible for the security of the courthouses of the Twenty-Second Judicial Circuit Court, transporting pre-trial detainees housed in the CJC to and from court appearances, processing conceal carry permits, and serving Court process;

5. The SLSO utilizes a CJC hallway with several cells to facilitate the transfer of detainees to Court;

6. The CJC hallway utilized by the SLSO is connected to the Twenty-Second Judicial Circuit Carnahan Courthouse by an elevated bridge that crosses Walnut Street;

7. With limited exceptions, the SLSO is not charged with enforcing, and is not legally allowed to enforce, criminal laws of the State of Missouri in the City of St. Louis or anywhere in the State of Missouri;

8. The St. Louis Metropolitan Police Department (hereinafter referred to as "SLMPD") is charged with enforcing the criminal laws of the State of Missouri which occur in the City of St. Louis, including having arrest authority and ability to apply for criminal charges with the prosecuting authority;

9. Officers employed by SLMPD and other departments charged with enforcing the criminal laws of the State of Missouri must be licensed by the Missouri Department of Public Safety Peace Officer Standards and Training:

10. T.R. was the Acting Commissioner of the CJC;

11. Defendant **ALFRED MONTGOMERY** was the elected Sheriff of the City of St. Louis and was serving in that capacity.

12. On or about February 14, 2025, within the Eastern District of Missouri, the defendant,

**ALFRED MONTGOMERY,**

while acting under color of law, willfully deprived T.R. of the right secured and protected by the Constitution and laws of the United States, to be free from unreasonable seizure, which includes the right to be free from unlawful detention by a person acting under color of law, when he directed

and participated in the restraint and detention of T.R.

In violation of Title 18, United States Code, Section 242.

A TRUE BILL.

_____
FOREPERSON

THOMAS C. ALBUS
United States Attorney

_____
CHRISTINE H. KRUG #42586MO
Assistant United States Attorney