UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **No. 4:25-CR-00448-CMS-JMB** |
| **v.** ) | |
| ) | |
| **ALFRED MONTGOMERY,** ) | |
| ) | |
| **Defendant.** ) | |

### MOTION TO APPEAR IN PERSON AT *QUO WARRANTO* TRIAL

Defendant Alfred Montgomery ("Montgomery"), by and through undersigned counsel, respectfully requests that this Court permit him to appear in person at his *quo warranto* trial in the Circuit Court of the City of St. Louis, Case Number 2522-CC01380, commencing on Tuesday, November 18, 2025 at 9:30 a.m.[1] The Government, by and through AUSA Krug, indicated it is taking no position on this motion and is deferring to the U.S. Marshals Service and the Court.

Montgomery is charged in a pending Superseding Indictment with one count of deprivation of rights under color of law in violation of 18 U.S.C. §§ 242 and 2, four counts of witness retaliation in violation of 18 U.S.C. §§ 1513(e) and 2, and one count of witness tampering in violation of 18 U.S.C. §§ 1512(b)(2)(B) and 2. (Doc. 34). Montgomery has pleaded not guilty to all counts and is currently being held in federal custody pursuant to this Court's order revoking his bond entered on October 14, 2025. (Doc. 45). That order is the subject of an appeal to the district court that remains briefed but pending; as it stands, the defense has requested an evidentiary hearing before the district court but the Court has not taken any action on that motion.

---

[1] Montgomery maintains his appeal of the pending detention order and his release on bail pending appeal would moot this motion. In any event, out of an abundance of caution, Montgomery is filing this motion simultaneously with this Court's consideration of the other pending motion.

Montgomery is the Respondent in *State of Missouri, Ex Inf. Andrew Bailey, Attorney General v. Alfred Montgomery*, Case Number 2522-CC01380, currently pending in the Circuit Court of the City of St. Louis. That matter—one of profound importance as it seems to permanently remove a democratically elected Sheriff from public office—is set for trial at 9:30 am on November 18, 2025, in Division 17 of the Circuit Court of St. Louis City. As such, Montgomery and his undersigned counsel are seeking an order by this Court to permit Montgomery to attend the *quo warranto* trial in person.

Specifically, Montgomery is requesting that, in the event he is still in pretrial detention during the pendency of that trial (which is expected to last a few days), the U.S. Marshal's Service transport him from federal custody to court for each day of the civil trial. This is both in his best interest—as he is the named party in that action—and in the public's interest as this is a case in which the Attorney General of the State of Missouri is seeking to permanently remove a person who was democratically elected in two free and fair elections from office.

Based on the foregoing, Montgomery respectfully requests that he be permitted to appear at trial in person on November 18, 2025 and continuing throughout the pendency of that matter.

    Respectfully submitted,

    **Margulis Gelfand, LLC**

    */s/ Justin K. Gelfand*
    JUSTIN K. GELFAND, #62265
    7700 Bonhomme Ave., Ste. 750
    St. Louis, MO 63105
    Telephone: 314.390.0230
    Facsimile: 314.485.2264
    justin@margulisgelfand.com
    *Counsel for Sheriff Montgomery*

**Certificate of Service**

I hereby certify that the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the Office of the United States Attorney.

*/s/ Justin K. Gelfand*
JUSTIN K. GELFAND, #62265
7700 Bonhomme Ave., Ste. 750
St. Louis, MO 63105
Telephone: 314.390.0230
Facsimile: 314.485.2264
justin@margulisgelfand.com
*Counsel for Sheriff Montgomery*
